UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRIAG ALAN SANFORD,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Civil No. C16-1944 RSM<br><br>ORDER RE EAJA |

THIS MATTER having been brought before this Court upon the parties' Stipulated Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for EAJA attorney fees is Granted and Plaintiff is awarded attorneys' fees in the amount of $5,802.78 and reimbursement of expenses in the amount of $30.80 for a total of $5,833.58 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $14.50 in costs under 28 U.S.C. § 1920.

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

ORDER RE EAJA - 1

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, as evidenced by the December 14, 2016 Confirmation of Assignment of EAJA Fee / Cost Checks filed as an Exhibit to the parties' Stipulated Motion.

DATED this 22nd day of February 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

 s/ David A. Namba
David A. Namba, WSBA #29346
Attorney for Plaintiff

RESPECTFULLY SUBMITTED on February 21, 2018.

ROBEY NAMBA, P.S.

s/ David A. Namba
David A. Namba, WSBA #29346
Attorney for Plaintiff
Robey Namba, P.S.
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: mail@robeynambalaw.com

ORDER RE EAJA - 2

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838